IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARY HASLERIG, | ) |
| Plaintiff, | ) |
| v. | ) NO. 3:21-cv-00672 |
| | ) JUDGE CAMPBELL |
| BLANCHE PERRY, JANE HADDOCK, and CENTURION MANAGED CARE, | ) MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) |

## ORDER

Pending before the Court is a Report and Recommendation from the Magistrate Judge recommending Defendants' Motion to Dismiss (Doc. No. 14) be **GRANTED**. (Doc. No. 18).

The Report and Recommendation advised the parties that objections to the Magistrate Judge's findings were to be filed within fourteen days of service. (Doc. No. 18 at 13). No objections have been filed.

The Court has reviewed the Report and Recommendation (Doc. No. 18) and concludes that it should be **ADOPTED** and **APPROVED**. Accordingly, this action is **DISMISSED**.

The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE